# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

JUDGE DANIELS

| ChemRx Pharmacy Services, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11 CIV 9042 |
| Mary Ellen Convalescent Home, Inc. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Ellen Convalescent Home, Inc.
c/o Nancy Keck, President
1896 Leithsville Road
Hellertown, PA 18055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine A. Sebourn
Fultz Maddox Hovious & Dickens PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: DEC 0 9 2011

*Signature of Clerk or Deputy Clerk*