# EXHIBIT C

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Mary Ellen Convalescent Home Inc._
was received by me on *(date)* _12|19|11_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ - - , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Jeff Cone  LPN_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Mary Ellen Convalescent Home_
_Inc, 1806 Leithsville Rd, Hellertown PA 18055_ on *(date)* _12|19|11 6:03 pm_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.


Date: _12|19|11_                          _Denise Hinkle_
                                          Server's signature

                                          _Denise Hinkle, Process Server_
                                          Printed name and title


                                          _711 Pine St, Bath PA 18504_
                                          Server's address

Additional information regarding attempted service, etc:
_610-838-7901_