# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| ChemRx Pharmacy Services, LLC | Plaintiff, | |
| | | 1:11  Civ. 09042  (GBD) |
| - against - | | CLERK'S CERTIFICATE |
| Mary Ellen Convalescent Home, Inc. | Defendant. | |

------------------------------------x

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 9, 2011 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving Jeff Cane, LPN, by personal delivery at Defendant's place of business. (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on December 27, 2011.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
Jan 18, 2012

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 5/2010