# EXHIBIT E

Facility Name **Mary Ellen**

| | |
|---|---|
| Interest rate/ Monthly | 1.50% |
| Per Diem Rate | 0.00049 |
| Interest Rate/ Annually | 18.00% |
| As of | 2/25/2012 |
| Term date | - |
| Terms (days) | 30 |

### Mary Ellen Convalescent Home

| Bill thru date | Amount | Due date | Interest days | Per diem | Interest |
|---:|---:|---:|---:|---:|---:|
| 6/30/2009 | $ 3,565.56 | 7/30/2009 | 940 | $ 1.76 | $ 1,652.86 |
| 7/31/2009 | $ 2,328.49 | 8/30/2009 | 909 | $ 1.15 | $ 1,043.80 |
| 8/31/2009 | $ (717.99) | 9/30/2009 | 878 | $ (0.35) | $ (310.88) |
| 8/31/2009 | $ 2,992.14 | 9/30/2009 | 878 | $ 1.48 | $ 1,295.56 |
| 9/30/2009 | $ (315.00) | 10/30/2009 | 848 | $ (0.16) | $ (131.73) |
| 9/30/2009 | $ 1,892.23 | 10/30/2009 | 848 | $ 0.93 | $ 791.32 |
| 9/30/2009 | $ 37.78 | 10/30/2009 | 848 | $ 0.02 | $ 15.80 |
| 10/31/2009 | $ (231.63) | 11/30/2009 | 817 | $ (0.11) | $ (93.32) |
| 10/31/2009 | $ 2,878.63 | 11/30/2009 | 817 | $ 1.42 | $ 1,159.81 |
| 11/30/2009 | $ (45.00) | 12/30/2009 | 787 | $ (0.02) | $ (17.46) |
| 11/30/2009 | $ 3,614.51 | 12/30/2009 | 787 | $ 1.78 | $ 1,402.83 |
| 12/31/2009 | $ 3,160.59 | 1/30/2010 | 756 | $ 1.56 | $ 1,178.34 |
| 1/31/2010 | $ (17.38) | 3/2/2010 | 725 | $ (0.01) | $ (6.21) |
| 1/31/2010 | $ 2,593.37 | 3/2/2010 | 725 | $ 1.28 | $ 927.22 |
| 2/28/2010 | $ (62.30) | 3/30/2010 | 697 | $ (0.03) | $ (21.41) |
| 2/28/2010 | $ 2,599.00 | 3/30/2010 | 697 | $ 1.28 | $ 893.34 |
| 3/31/2010 | $ 2,556.35 | 4/30/2010 | 666 | $ 1.26 | $ 839.60 |
| 4/30/2010 | $ 4,734.66 | 5/30/2010 | 636 | $ 2.33 | $ 1,485.00 |
| 5/6/2010 | $ 2,800.00 | 6/5/2010 | 630 | $ 1.38 | $ 869.92 |
| 5/31/2010 | $ 3,879.14 | 6/30/2010 | 605 | $ 1.91 | $ 1,157.37 |
| 6/30/2010 | $ (6.00) | 7/30/2010 | 575 | $ (0.00) | $ (1.70) |
| 6/30/2010 | $ (69.75) | 7/30/2010 | 575 | $ (0.03) | $ (19.78) |
| 6/30/2010 | $ 3,060.72 | 7/30/2010 | 575 | $ 1.51 | $ 867.90 |
| 7/31/2010 | $ (21.34) | 8/30/2010 | 544 | $ (0.01) | $ (5.72) |
| 7/31/2010 | $ 4,352.81 | 8/30/2010 | 544 | $ 2.15 | $ 1,167.75 |

### Mary Ellen Convalescent Home

| Bill thru date | Amount | Due date | Interest days | Per diem | Interest |
|---|---|---|---|---|---|
| 7/31/2010 | $ 15.00 | 8/30/2010 | 544 | $ 0.01 | $ 4.02 |
| 8/31/2010 | $ 3,421.09 | 9/30/2010 | 513 | $ 1.69 | $ 865.49 |
| 9/30/2010 | $ 3,270.47 | 10/30/2010 | 483 | $ 1.61 | $ 779.00 |
| 10/31/2010 | $ (879.74) | 11/30/2010 | 452 | $ (0.43) | $ (196.10) |
| 10/31/2010 | $ 5,151.94 | 11/30/2010 | 452 | $ 2.54 | $ 1,148.39 |
| 10/31/2010 | $ 12.90 | 11/30/2010 | 452 | $ 0.01 | $ 2.88 |
| 11/3/2010 | $ (5.40) | 12/3/2010 | 449 | $ (0.00) | $ (1.20) |
| 11/3/2010 | $ 1,137.17 | 12/3/2010 | 449 | $ 0.56 | $ 251.80 |
| 11/30/2010 | $ 3,304.60 | 12/30/2010 | 422 | $ 1.63 | $ 687.72 |
| 12/31/2010 | $ 3,810.72 | 1/30/2011 | 391 | $ 1.88 | $ 734.79 |
| 1/3/2011 | $ (107.84) | 2/2/2011 | 388 | $ (0.05) | $ (20.63) |
| 1/3/2011 | $ 107.84 | 2/2/2011 | 388 | $ 0.05 | $ 20.63 |
| 1/18/2011 | $ (24.96) | 2/17/2011 | 373 | $ (0.01) | $ (4.59) |
| 1/31/2011 | $ 4,291.11 | 3/2/2011 | 360 | $ 2.12 | $ 761.82 |
| | | | | | |
| Interest | $ 21,174.18 | | | $ 34.06 | $21,174.18 |
| Principal | $ 69,064.49 | | | | |
| | | | | | |
| **Total P & I** | **$ 90,238.67** | | | | |