# EXHIBIT F

# Attorney Summary Report

**PharMerica Corporation/Mary Ellen Convalescent Home (PHR-7239)**                                01/23/2012

| Attorney | Name | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | First | Last |
|---|---|---|---|---|---|---|---|
| 001 | Benjamin C. Fultz | 1.80 | 558.00 | 1.80 | 558.00 | 05/25/2011 | 10/19/2011 |
| 017 | Chacey R. Ford | 2.60 | 546.00 | 2.60 | 546.00 | 05/27/2011 | 08/25/2011 |
| 072 | Timothy C. Dodson | 0.90 | 99.00 | 0.90 | 99.00 | 11/22/2011 | 11/22/2011 |
| 080 | Christine A. Sebourn | 18.0 | 3,690.00 | 18.0 | 3,690.00 | 11/22/2011 | 01/23/2012 |
| 085 | Gustav L. Nelson | 1.60 | 240.00 | 1.60 | 240.00 | 12/13/2011 | 01/10/2012 |
| **Report Totals:** | | 24.90 | 5,133.00 | 24.90 | 5,133.00 | | |